DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for Bayview Loan Servicing, LLC and Federal Home Loan Mortgage Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>G2 VENTURES LLC; DAYBREAK GARDENS PROPERTY OWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00120-RFB-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |
| G2 VENTURES LLC,<br><br>Counterclaimant,<br><br>v.<br><br>BAYVIEW LOAN SERVICING, LLC,<br><br>Counterdefendant | |
| G2 VENTURES LLC,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>RAUL R. JIMENEZ,<br><br>Third-Party Defendant. | |

Daybreak Gardens Property Owners Association (**Daybreak**), Bayview Loan Servicing, LLC (**Bayview**) and Federal Home Loan Mortgage Corporation (**Freddie Mac**), hereby stipulate and agree that Bayview and Freddie Mac shall have an additional fourteen (14) days, up to and including **March 27, 2017**, to file their response to Daybreak's motion to dismiss, which is currently due on March 13, 2017.

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 9th day of March, 2017.

| **AKERMAN LLP** | **LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.** |
|---|---|
| */s/ Natalie L. Winslow, Esq.*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Bayview Loan Servicing, LLC and Federal Home Loan Mortgage Corporation* | */s/ Eric N. Tran, Esq.*<br>ERIC N. TRAN, ESQ.<br>Nevada Bar No. 11876<br>J. WILLIAM EBERT, ESQ.<br>Nevada Bar No. 2697<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br><br>*Attorney for Daybreak Gardens Property Owners Association* |

## ORDER

**IT IS SO ORDERED.**



_____
UNITED STATES DISTRICT JUDGE

DATED: March 10, 2017