1  LIPSON NEILSON P.C.
   J. WILLIAM EBERT, ESQ.
2  Nevada Bar No. 2697
   KAREN KAO, ESQ.
3  Nevada Bar No. 14386
   9900 Covington Cross Drive, Suite 120
4  Las Vegas, Nevada 89144
   (702) 382-1500 - Telephone
5  (702) 382-1512 - Facsimile
   bebert@lipsonneilson.com
6  kkao@lipsonneilson.com

7  *Attorneys for Defendant, Daybreak Gardens
   Property Owners Association*
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff(s),<br><br>vs.<br><br>G2 VENTURES LLC; DAYBREAK GARDENS PROPERTY OWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendant(s). | CASE NO.: 2:17-cv-00120<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DAYBREAK GARDENS PROPERTY OWNERS ASSOCIATION TO RESPOND TO [31] PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>**[FIRST REQUEST]** |

Pursuant to LR 6-1 and 7-1, Plaintiffs Bayview Loan Servicing, LLC and Federal Home Loan Mortgage Corporation ("Plaintiffs"), Defendant Daybreak Gardens Property Owners Association ("Daybreak), and Defendant G2 Ventures LLC, agree and stipulate to extend the deadline for Daybreak to respond to [31] Plaintiffs' Motion for Preliminary Injunction.

\ \ \

\ \ \

\ \ \

**Reason for the Extension**

On February 12, 2018, the Court ordered [35] that Defendant's response to Plaintiffs' Motion for Preliminary Injunction or proposed resolution is due no later than March 7, 2018, and that Plaintiffs' reply is due two weeks thereafter if no resolution has been reached. The parties have engaged in meaningful discussions regarding a proposed resolution. The parties now seek an extension to respond and reply to Plaintiffs' motion to allow additional time for resolution discussions to continue.

**Stipulation**

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties that:

1. The time for Daybreak's response to [31] Motion for Preliminary Injunction or proposed stipulated resolution shall be extended from March 7, 2018 to March 21, 2017. Plaintiff's reply is due two weeks thereafter if no resolution has been reached; and

2. Daybreak shall not foreclose on the subject property during the 14-day extension period, to and including March 21, 2018.

\ \ \

\ \ \

\ \ \

1    This is the parties' first request for an extension related to [31] Plaintiffs' Motion
2    for Preliminary Injunction and the 14-day extension is not submitted for the purpose of
3    delay or to cause undue prejudice to any party.
4    DATED this 7th day of March, 2018.

| AKERMAN LLP | LIPSON NEILSON P.C. |
|---|---|
| By: */s/ Natalie Winslow* <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> NATALIE WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Plaintiffs Bayview Loan Servicing LLC and Federal Home Loan Mortgage Corporation* | By: */s/ Karen Kao* <br> WILLIAM EBERT, ESQ. <br> Nevada Bar No. 2697 <br> KAREN KAO, ESQ. <br> Nevada Bar No. 14386 <br> 9900 Covington Cross Drive, Suite 120 <br> Las Vegas, Nevada 89144 <br><br> *Attorneys for Daybreak Garden Property Owners Association* |

THE WRIGHT LAW GROUP, P.C.

By: */s/ John Henry Wright*
   JOHN HENRY WRIGHT, ESQ.
   Nevada Bar No. 2697
   2340 Paseo Del Prado, Suite D-305
   Las Vegas, Nevada 89102

*Attorneys for G2 Ventures, LLC*

\ \ \

\ \ \

\ \ \

**Lipson Neilson PC**
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512

*Bayview Loan Servicing, LLC v. G2 Ventures, LLC*
**Case No. 2:17-cv-00120**

### ORDER

Based on the foregoing stipulation of the parties and good cause appearing,

**IT IS SO ORDERED.**

DATED this  12th  day of March, 2018.

_____
RICHARD F. BOULWARE, II
United States District Court

Respectfully submitted by:

LIPSON NEILSON, P.C.

By: */s/ Karen Kao*
    WILLIAM EBERT, ESQ.
    Nevada Bar No. 2697
    KAREN KAO, ESQ.
    Nevada Bar No. 14386
    9900 Covington Cross Drive, Suite 120
    Las Vegas, Nevada 89144

    *Attorneys for Daybreak Garden Property Owners Association*