LIPSON NEILSON P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
KAREN KAO, ESQ.
Nevada Bar No. 14386
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
bebert@lipsonneilson.com
kkao@lipsonneilson.com

*Attorneys for Defendant, Daybreak Gardens
Property Owners Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff(s),<br><br>vs.<br><br>G2 VENTURES LLC; DAYBREAK GARDENS PROPERTY OWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendant(s). | CASE NO.: 2:17-cv-00120<br><br>**STIPULATION AND ORDER TO REFRAIN FROM ASSESSMENT LIEN FORECLOSURE** |

Pursuant to LR 6-1 and 7-1, Plaintiffs Bayview Loan Servicing, LLC and Federal Home Loan Mortgage Corporation ("Plaintiffs"), Defendant Daybreak Gardens Property Owners Association ("Daybreak"), and Defendant G2 Ventures LLC, agree and stipulate to the following:

1. This is the parties' stipulation related to [31] Plaintiffs' Motion for Preliminary Injunction.

2. Daybreak Gardens Property Owners Association will release the current Notice of Default, within 14 days of the execution of this stipulated order by

1. the judge.
2. 3. Daybreak Gardens Property Owners Association will not foreclose on the subject property located at 1565 Pasture Lane, Las Vegas, NV 89110 during the pendency of this litigation.
3. 4. In the event that G2 Ventures LLC fails to timely make its monthly assessments to Daybreak Gardens Property Owners Association, Daybreak may request relief from this Order from the Court to enforce its rights to be paid assessments.
4. 5. Plaintiffs' Motion for Preliminary Injunction [31] presently pending be denied as moot and without prejudice for Plaintiffs to seek relief as may be appropriate under the circumstances.

DATED this 2nd day of April, 2018.

| AKERMAN LLP | LIPSON NEILSON P.C. |
|---|---|
| By: */s/ Natalie Winslow*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Plaintiffs Bayview Loan Servicing LLC and Federal Home Loan Mortgage Corporation* | By: */s/ Karen Kao*<br>WILLIAM EBERT, ESQ.<br>Nevada Bar No. 2697<br>KAREN KAO, ESQ.<br>Nevada Bar No. 14386<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Daybreak Garden Property Owners Association* |

THE WRIGHT LAW GROUP, P.C.

By: */s/ John Henry Wright*
JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 2697
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102

*Attorneys for G2 Ventures, LLC*

\ \ \

\ \ \

\ \ \

***Bayview Loan Servicing, LLC v. G2 Ventures, LLC***
**Case No. 2:17-cv-00120**

**ORDER**

Based on the foregoing stipulation of the parties and good cause appearing,

**IT IS SO ORDERED.**

DATED this __4th__ day of April, 2018.

_____
RICHARD F. BOULWARE, II
United States District Court

Respectfully submitted by:

LIPSON NEILSON P.C.

By: __/s/ Karen Kao__
    WILLIAM EBERT, ESQ.
    Nevada Bar No. 2697
    KAREN KAO, ESQ.
    Nevada Bar No. 14386
    9900 Covington Cross Drive, Suite 120
    Las Vegas, Nevada 89144

*Attorneys for Daybreak Garden Property Owners Association*